# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ROBERT SERRATO  
3503 BROADWAY  
ROCKFORD, IL 61108  

SSN-xxx-xx-8987

Case Number: 07-72153

Case filed on: 9/10/2007  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $0.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY JAMES A YOUNG | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
|  | Total Legal | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
| 002 | DANIELA LAULDANDO | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | WINNEBAGO COUNTY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ROBERT SERRATO | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICA'S SERVICING COMPANY | 25,545.14 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 25,545.14 | 0.00 | 0.00 | 0.00 |
| 004 | ASSET ACCEPTANCE CORP | 3,316.89 | 331.69 | 0.00 | 0.00 |
| 005 | CALVARY PORTFOLIO SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | HARVARD COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | I C SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | J J MARSHALL & ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | PROFESSIONAL RECVY SYST | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | UNIQUE NATIONAL COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 3,316.89 | 331.69 | 0.00 | 0.00 |
|  | Grand Total: | 31,362.03 | 2,831.69 | 0.00 | 0.00 |

Total Paid Claimant:       $0.00  
Trustee Allowance:         $0.00  
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 12/28/2008          By  /s/Heather M. Fagan